AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 28, 2026

SEAN F. McAVOY, CLERK

DANIEL B.

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

*Defendant*

Civil Action No.   2:25-CV-00405-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Having reviewed the record and the ALJ's findings, the Court finds the ALJ's decision is supported by substantial evidence and free of legal error. Therefore, Defendant's motion to affirm, ECF No. 19, is GRANTED. Plaintiff's motion to reverse, ECF No. 10, is DENIED.
Judgment in favor of Defendant.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   ALEXANDER C. EKSTROM _____

Date:   7/28/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____

*Signature of Clerk*